**JENNER & BLOCK LLP**
Navid C. Bayar (SBN 319640)
nbayar@jenner.com
525 Market Street, 29th Floor
San Francisco, CA 94105-2708
Telephone: (415) 293-4812

*Attorneys for Infosys Limited*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE SUBPOENA TO CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA** | Case No. 3:26-mc-80150-LJC<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW DEPOSITION SUBPOENA AND MOTION TO QUASH**<br><br>**Underlying Action Pending:** *Cognizant Trizetto Software Grp., Inc. v. Infosys Limited,* **No. 3:24-cv-02158-X (N.D. Tex.)** |

Having reviewed and considered the Joint Stipulation to Withdraw the Deposition Subpoena and Motion to Quash (the "Stipulation") filed by Infosys Limited ("Infosys") and California Physicians' Service d/b/a Blue Shield of California ("Blue Shield"), and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The Stipulation is APPROVED and GRANTED in its entirety.

2. The deposition subpoena issued by Infosys to Blue Shield on or about March 27, 2026 is hereby WITHDRAWN in its entirety, effective immediately upon entry of this Order.

3. Blue Shield's motion to quash, filed on or about May 11, 2026, is hereby WITHDRAWN.

**IT IS SO ORDERED.**

DATED: May 28, 2026

_____
Honorable Lisa J. Cisneros

1